**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:
Ricardo Daniel Portal AND
Ofelia Portal,

Case No. 13-18253-BKC-RAM
Chapter 13

Debtors.
_______________________________/

**DEBTOR'S MOTION TO EXCUSE REQUIREMENT TO COMPLETE DEBTOR EDUCATION COURSE AND TO SIGN DEBTOR'S CERTIFICATE OF COMPLIANCE, MOTION FOR ISSUANCE OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT (LF 97)**

COME NOW the Debtors, Ricardo Daniel Portal and Ofelia Portal, by and through their undersigned counsel and moves this Honorable Court for an Order Excusing the Requirement to File Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object (LF 97) and as grounds therefore would show:

1. The Debtors filed the instant Chapter 13 case April 12, 2013.
2. The Debtors have requested an early payoff of the instant bankruptcy.
3. The Debtor, Ricardo Daniel Portal, passed away during the pendency of the instant case.

WHEREFORE , for the above reasons the Debtor prays this Honorable Court enter an Order Excusing the Requirement of the Debtor Education Course and to sign Debtors' certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Objection (LF 97).

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 2090-1(A).

Dated: May 22, 2017

Respectfully submitted,

ADAMS & ASSOCIATES, P.A.

6500 Cowpen Road, Suite 101
Miami Lakes, Florida 33014
Telephone: (305) 824-9800
Facsimile: (305) 824-3868

By: /s/ Sheila Acosta, Esq.
Sheila Acosta, Esq.
Florida Bar No.: 85482